AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 2:14-cr-145-JCM-VCF |
| | ) | | |
| Steven J. Rodney, | ) | | |
| *Defendant* | ) | | |

FILED / ENTERED   RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
April 30, 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## CONTINUED DETENTION HEARING

A continued detention hearing at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Nancy J. Koppe** | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Thursday, May 1, 2014<br>at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date:      Apr 30, 2014

*Judge's signature*

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*