1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8                                    * * *

9  UNITED STATES OF AMERICA,           )
                                        )
10              Plaintiff,              )
                                        )
11 vs.                                  )          2:14-cr-00145-JCM-VCF
                                        )
12 STEVEN J. RODNEY,                    )
                                        )
13              Defendant.              )          **ORDER**
   _____)

14

15         On April 30, 2014 the Federal Public Defender was appointed to represent Steven J.

16 Rodney. After a sealed hearing with defendant and his assigned Federal Public Defender, the court

17 finds that good cause exist to appoint new counsel.

18         Accordingly, IT IS HEREBY ORDERED that Richard Wright,  is APPOINTED as

19 counsel for Steven J. Rodney in place of the Federal Public Defender for all future proceedings.

20         The Federal Public Defender shall forward the file to Mr. Wright forthwith.

21

22         DATED  this 24th day of November, 2014.

23

24                                        _____
                                          UNITED STATES MAGISTRATE  JUDGE
25

26

27

28